UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**LUCAS DOS SANTOS AMARAL**

V.                                            CIVIL ACTION NO. **25-10279-DJC**

**ANTONE MONIZ**

**ORDER OF DISMISSAL**

CASPER, D.J.

    In accordance with the ECF Order dated May 30, 2025, the Petition for Writ of Habeas Corpus (2241) is DISMISSED.

May 30, 2025                                            /s/ Lisa M. Hourihan
                                                                                          Deputy Clerk